IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Mis. No. 05-13E |
| vs. | ) | |
| | ) | (See C.A. No. 04-332E) |
| JANICE A. MYERS f/k/a, | ) | |
| JANICE A. CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

PROOF OF PUBLICATION

SEE ATTACHMENTS