# *Erie County Legal Journal*

# Proof of Publication of Notice

STATE OF PENNSYLVANIA  } SS:
COUNTY OF ERIE

_____**Paula J. Gregory**_____, Associate Editor of the Erie County Legal Journal, being duly sworn according to law, deposes and says that the Erie County Legal Journal is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945, and is published by the Erie County Bar Association, 302 West 9th Street, Erie, Erie County, Pennsylvania 16502; and that a copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**COPY OF NOTICE**

> **LEGAL NOTICE**
> MARSHAL'S SALE: By virtue of a Writ of Execution issued out of the U.S. Court for the W.D. of PA at suit of the USA at Mis. No. 05-13E, I shall expose to public sale the real property of Janice A. Myers f/k/a Janice A. Clark commonly known as 411 Second Avenue, Johnsonburg, PA 15845, and further described in the deed recorded in the Elk County Recorder of Deeds Office in Record Book 230, page 393.
> TIME AND LOCATION OF SALE: July 1, 2005 at 11:00 a.m. at the Conference Room located in the Basement of the Elk County Courthouse, Main Street, Ridgway, PA 15853
> TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Marshal's costs, fees and commissions are to be borne by seller. Thomas Fitzgerald, United States Marshal. For information visit www.resales.usda.gov or call Mr. Kristen Good at 724-482-4800
> June 3, 10, 17, 24

Friday, __**June 3, 10, 17, 24**__, 20**05**

The affiant further states that s/he is the designated agent of Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place and character of publication are true.

_____, *Associate Editor*

Sworn to and subscribed before me this __**28th**__ day of __**June**__, 20**05**

_____
*Notary Public*

**MY COMMISSION EXPIRES**

NOTARIAL SEAL
[illegible notary stamp]
ERIE, ERIE COUNTY, PA
MY COMMISSION EXPIRES ON JULY 14, [illegible]