OATH of PUBLICATION
In
THE ERIE TIMES-NEWS
COMBINATION EDITION

---

McGRATH & ASSOCIATES, P.C.
1500 UNION BANK BLDG
306 4TH AVE
PITTSBURGH PA    15222-2003


REFERENCE: L0001727    RHS/Myers, Janice A.
           0000616859 MARSHALSSALE:BYVIRTU

STATE OF PENNSYLVANIA)
COUNTY OF ERIE       )   SS:

James E. Dible being duly sworn, deposes and says that he is the Publisher of the Times Publishing Company, which publishes: the
Erie Times-News, established October 2, 2000, a daily newspaper of general circulation, successor, by consolidation, of the Morning News, established January 1957, and
the Erie Daily Times, established April 1888, daily newspapers of general circulation, and published at Erie, Erie County, Pennsylvania, and that the notice of which the attached is a copy published, in the regular editions of said newspaper of the dates referred to below. Affiant further deposes that he is duly authorized by the TIMES PUBLISHING COMPANY, publisher of The Erie Times-News to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statement as to time, place and character of publication are true.

PUBLISHED ON: 06/03 06/10 06/17 06/24


TOTAL COST:    607.64           AD SPACE: 62 LINE
FILED ON:      06/24/05

---

Sworn to and subscribed before me this
_____ day of _____ 2005    Affiant: _James E. Dible_
NOTARY: _____

[Notary Seal: Kelly J. Woodward, Notary Public, City of Erie, Erie County, My Commission Expires Oct. 24, 2005]

---

**MARSHAL'S SALE:** by virtue of a Writ of Execution issued out of the U.S. Court for the W. D. of PA at suit of the USA at Mis. No. 05-13Em I shall expose to public sale the real property of Janice A. Myers f/k/a Janice A. Clark commonly known as 411 Second Avenue, Johnsonburg, PA 15845, and further described in the deed recorded in the Elk County Recorder of Deeds Office in Record Book 230, page 393. **TIME AND LOCATION OF SALE:** July 1, 2005 at 11:00 a.m. at the Conference Room located in the Basement of the Elk County Courthouse, Main Street, Ridgway, PA 15853. **TERMS OF SALE:** Successful bidder will pay ten percent (10%) by certified check and the remainder of the bid within thirty (30) days from the date of the sale an din the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Marshal's costs, fees and commissions are to be borne by seller. Thomas Fitzgerald, United States Marshal. For information visit www.resales.usda.gov or call Mr. Kristen Good at 724-482-4800
(6-616859-NT-3-10-17-24)